# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:17-cr-00287-JCM-VCF |
| CHANH V. TRINH, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is the Government's Expedited Unopposed Motion to Appear Telephonically for the January 5th Hearing (ECF No. 30).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Government's Expedited Unopposed Motion to Appear Telephonically for the January 5th Hearing (ECF No. 30) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

DATED this 3rd day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE