DANIEL HILL, ESQ.
NV Bar # 12773
HILL FIRM
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Tel:     (702) 848-5000
Fax:    (702) 442-8338
dan@hillfirmlawyers.com
*Attorney for Defendant Elizabeth Trinh*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ELIZABETH TRINH, et al.,<br><br>　　　　　　Defendants. | 2:17-cr-00287-JCM-VCF<br><br>STIPULATION TO CONTINUE MOTION DEADLINE<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and among the United States of America, through Thomas Flynn, Esq. and Eric Schmale, Esq., Assistant United States Attorneys, together with Shawn Perez, Esq., counsel for defendant Chanh Trinh, Daniel Hill, Esq., counsel for defendant Elizabeth Trinh, and Kevin Stolworthy, Esq., counsel for defendant Cannedy Trinh, that the motions deadline be continued one week. The parties do not anticipate or intend that the continued motion deadline will affect the current trial date of December 3, 2018.

This stipulation is entered into for the following reasons:

1. All three defendants are out of custody and do not object to this continuance.
2. The defendants need additional time to prepare pretrial motions.

1

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request to continue only the motions deadline.

DATED this 29th day of October 2018.

*/s/ Daniel Hill*
_____
Daniel Hill, Esq.
Counsel for Elizabeth Trinh

*/s/ Shawn Perez*
_____
Shawn Perez, Esq.
Counsel for Chanh Trinh

*/s/ Kevin Stolworthy*
_____
Kevin Stolworthy, Esq.
Counsel for Cannedy Trinh

*/s/ Thomas Flynn*
*/s/ Eric Schmale*
_____
Thomas Flynn, Esq.
Eric Schmale, Esq.
Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00287-JCM-VCF |
| Plaintiff, | |
| vs. | ORDER |
| ELIZABETH TRINH, et al., | |
| Defendants. | |

The ends of justice served by granting a one-week continuance of the motions deadline, pursuant to the parties' stipulation, outweigh the best interest of the public and the defendants in a speedy motions deadline, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendants herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for pretrial motions, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that pretrial motions in this matter shall be due on or before November 5, 2018. Any responses or replies shall be due as provided by LCR 12-1(a).

Dated: October 30, 2018

_____
Cam Ferenbach
United States Magistrate Judge