SHAWN R. PEREZ, ESQ.
7121 West Craig Rd., #113-38
Las Vegas, NV 89101
Telephone:   (702) 485-3977
Facsimile:    (702) 442-7095
shawn711@msn.com

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.2:17-cr-00287-JCM-VCF |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| vs. | ) | ORDER TO PERMIT TRAVEL |
| | ) | OUTSIDE DISTRICT OF NEVADA |
| CHANH TRINH, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Eric C. Schmale and Thomas W. Flynn, Trial Attorneys, Tax Division, counsel for the United States of America, and Defendant Chanh Trinh, and his counsel Shawn Perez, that Mr. Trinh be allowed to travel outside the District of Nevada to Southern California to spend the holidays with his wife, family members and his minor children.

Specifically, the parties stipulate and agree that Mr. Trinh shall be permitted to travel from Las Vegas to Southern California on December 23, 2018 through his return on January 5, 2019. Mr. Trinh will be taking his children, ages 5 and 7, and his wife to visit relatives and tour several sites in Southern California. Upon his return he shall report his arrival to his pretrial officer.

Counsel for Defendant attempted to contact Mr. Trinh's pretrial officer and left a message in order to seek approval. As of the date of this stipulation, counsel has not received a return call. Because of holiday schedules this stipulation is being filed in order to assure that the Trinh

1

family will be able to plan for the holiday week.

Dated this 17th day of December, 2018.

| UNITED STATES OF AMERICA | LAW OFFICE OF SHAWN R. PEREZ |
|---|---|
| By: /S/ Eric C. Schmale, Esq<br>ERIC C. SCHMALE, ESQ<br>THOMAS W. FLYNN, ESQ<br>Trial Attorneys, Tax Division<br>Counsel for the Plaintiff | By: /s/ Shawn R. Perez, Esq.<br>SHAWN R. PEREZ, ESQ<br>Counsel for Defendant<br>CHANH TRINH |

**ORDER**

UPON GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Chanh Trinh be permitted to travel from Las Vegas, Nevada to Southern California in order to spend time with his children and family for the holidays, from the morning of December 23, 2018, until his return on the evening of January 5, 2019. Upon his return he shall report his arrival to his pretrial officer.

All other current conditions of Defendant's pre-trial release shall remain in place.

IT IS SO ORDERED.

Dated: December 18, 2018.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of December, 2018, the undersigned served the foregoing on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/ *Shawn R. Perez, Esq.*
SHAWN R. PEREZ, ESQ.