**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>CHANH V. TRINH,<br><br>　　　　　Defendant(s). | 2:17-cr-00287-JCM-VCF<br><br>**ORDER  DENYING REQUEST FOR PRINTED COPIES WITHOUT PREJUDICE** |

　　　　Before the court is Defendant Chanh V. Trinh's motion requesting a printed copy of all transactions listed on the docket.  (ECF No. 114).  The government has filed a response.  (ECF No. 115).

　　　　Defendant has not demonstrated that the court is obligated to grant his request.  I cannot imagine what circumstances might exist to justify the expenditure of judicial resources required to print and transmit copies of all documents filed in this case's docket.  If defendant Chanh V. Trinh has a particular need for printed copies of certain items on the docket, he may refile a limited request, explaining that need for those particular documents.  Any new request should also include citation to legal authority on which the request is made.

　　　　Accordingly, I HEREBY ORDER that Defendant Chanh V. Trinh's motion requesting a printed copy of all transactions listed on the docket, ECF No 114, is DENIED without prejudice.

　　　　DATED this 3rd day of January 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE