# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

CHANH V. TRINH,

        Defendant(s).

2:17-cr-00287-JCM-VCF

**ORDER  DENYING REQUEST FOR PRINTED COPIES WITHOUT PREJUDICE**

Before me are Defendant Chanh V. Trinh's two motions requesting a printed copy of all transactions listed on the docket. (ECF Nos. 117 & 118). The government has filed a response. (ECF No. 119).

This is Defendant Trinh's second and third request for a printed copy of all transactions listed on the docket. I have ruled on this issue on January 3, 2022. (ECF NO. 116).

In ECF No. 116, I ordered that if defendant Chanh V. Trinh has a particular need for printed copies of certain items on the docket, he may refile a limited request, explaining that need for those particular documents. Any new request should also include citation to legal authority on which the request is made. Here, Defendant Trinh has not cited any legal authority for his request.

Accordingly, I HEREBY ORDER that Defendant Chanh V. Trinh's two motions requesting a printed copy of all transactions listed on the docket (ECF Nos. 117 & 118), are DENIED without prejudice.

DATED this 14th day of January 2022.

                                                       CAM FERENBACH
                                                     UNITED STATES MAGISTRATE JUDGE