1

2

3

4              UNITED STATES DISTRICT COURT

5                   DISTRICT OF NEVADA

6                          * * *

7    UNITED STATES OF AMERICA,              Case No. 2:17-CR-287 JCM (VCF)

8                          Plaintiff(s),              ORDER

9          v.

10   CHANH TRINH, et al.,

11                         Defendant(s).

12

13          Presently before the court is defendant Chanh V. Trinh ("defendant")'s motion for

14   appointment of counsel.  (ECF No. 122).  Defendant's motion for compassionate release is also

15   pending.  (ECF No. 121).

16          On September 3, 2020, Chief Judge Miranda Du issued Amended General Order 2020-

17   06, which appoints the Federal Public Defender's office ("FPD") to represent defendants that file

18   "a pro se section 3582(c)(1)(A) motion directly with this court pursuant to section 603(b) of the

19

20   FIRST Step Act."  Amended General Order 2020-06.  If FPD determines that the pro se motion

21   needs no supplementation, it must file a notice stating so within seven days and notify the

22   defendant.  *Id.*

23          If the FPD has "a prohibitive conflict," it must "file a motion requesting that CJA counsel

24   be appointed according to the regular procedures of the District of Nevada for the appointment of

25   counsel."  *Id.*

26

27   . . .

28

James C. Mahan
U.S. District Judge

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for appointment of counsel (ECF No. 122) is GRANTED.

IT IS FURTHER ORDERED that FPD is appointed to assist defendant with moving for compassionate release consistent with Amended General Order 2020-06.

DATED January 11, 2023.

_____
UNITED STATES DISTRICT JUDGE